UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive,<br><br>　　　　Defendant. | No.  2:21-cv-01695 WBS JDP<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

　　　　The parties agreed at the January 31, 2022 status conference that this case is appropriate for an early alternative dispute resolution and the court will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

1

process of selecting an appropriate neutral.  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

        2.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby STAYED, with the exception of the voluntary production of certain documents pursuant to the parties' discussion at the January 31, 2022 status conference.

        3.   No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

        4.   The parties shall complete the VDRP session no later than April 4, 2022.  The court hereby sets another Status (Pretrial Scheduling) Conference for April 25, 2022.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than April 11, 2022 setting forth amended proposed deadlines and dates for this case.

        IT IS SO ORDERED.

Dated:   January 31, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2