Jeffrey H. Lowenthal (State Bar No. 111763)
Carlos A. Alvarez (State Bar No. 143839)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
             calvarez@steyerlaw.com
             jcohoe@steyerlaw.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01695-WBS-JDP <br><br><br> **STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION** |

1    Plaintiffs Andy Lu and Heather Lu ("Plaintiffs") and defendant North American Title

2 Insurance Company ("Defendant"), by and through their respective attorneys of record herein,

3 stipulate as follows:

4    WHEREAS, at a status conference on January 31, 2022, Plaintiffs and Defendant agreed

5 that this case is appropriate for early alternative dispute resolution;

6    WHEREAS, on January 31, 2022, the Court issued an Order referring this matter to the

7 Court's Voluntary Dispute Resolution Program ("VDRP") and staying this matter, with the

8 exception of the voluntary production of certain documents;

9    WHEREAS, the Court set a deadline of April 4, 2022 for the parties to complete the

10 VDRP session and scheduled a further status conference on April 25, 2022;

11    WHEREAS, Plaintiffs and Defendant have met and conferred and agreed on having

12 mediator Sassan Masserat conduct the VDRP session, who was thereafter appointed by the Court

13 as the VDRP mediator for this matter;

14    WHEREAS, Plaintiffs and Defendant each met and conferred with mediator Sassan

15 Masserat to schedule the mediation;

16    WHEREAS, Mr. Masserat is unavailable to conduct the mediation prior to April 4, 2022;

17    WHEREAS, Plaintiffs and Defendant have met and conferred and agree, in light of the

18 mediator's unavailability and counsel's schedules, as follows:

19    IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to

20 complete the VDRP session should be continued from April 4, 2022 to May 31, 2022.

21    IT IS HEREBY FURTHER STIPULATED AND AGREED that the further status

22 conference should be continued from April 25, 2022 to June 21, 2022, with an updated joint

23 status report due by June 7, 2022.[1]

24 / / /

25 / / /

26 / / /

27

28 [1] These dates have been cleared with the Court.

---

2

STIPULATION AND ORDER CONTINUING
DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION     CASE NO. 2:21-CV-01695-WBS-JDP
1941749.1 - NATC.LU

1    IT IS HEREBY FUTHER STIPULATED AND AGREED that the stay should remain in

2  place until the further status conference is held.

3    IT IS SO STIPULATED.

4

5  Dated:  March 14, 2022                         MAHAFFEY LAW GROUP

6                                                 By: ___/s/_____

7                                                     Douglas L. Mahaffey
                                                       Attorneys for Plaintiffs
8                                                     Andy Lu and Heather Lu

9

10  Dated:  March 14, 2022                        STEYER LOWENTHAL BOODROOKAS
                                                    ALVAREZ & SMITH LLP
11

12                                                 By: ___/s/_____

13                                                     Jeffrey H. Lowenthal
                                                       Carlos A. Alvarez
14                                                     Jill K. Cohoe
                                                       Attorneys for Defendant
15                                                     North American Title Insurance Company

16

17  *Order Follows*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING
DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION     CASE NO. 2:21-CV-01695-WBS-JDP
1941749.1 - NATC.LU

1                                              **ORDER**

2           The Court, having reviewed the above stipulation of Plaintiffs and Defendant, and good

3    cause appearing, orders the following:

4           1.      The deadline for the parties to complete the Voluntary Dispute Resolution

5    Program ("VDRP") session is continued from April 4, 2022 to May 31, 2022;

6           2.      No later than five (5) days after completion of the VDRP session, the parties shall

7    file a joint statement indicating whether a settlement was reached;

8           3.      If a settlement is not reached through VDRP, the parties shall submit an Amended

9    Joint Status Report by **June 7, 2022** setting forth amended proposed deadlines and dates for this

10   case;

11          4.      The further status conference is continued from April 25, 2022 to **June 21, 2022 at**

12   **1:30 p.m.**; and

13          5.      The stay remains in place until the continued further status conference is held.

14          IT IS SO ORDERED.

15

16   Dated:  March 14, 2022

                                          WILLIAM B. SHUBB
17                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING
DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION     CASE NO. 2:21-CV-01695-WBS-JDP
1941749.1 - NATC.LU