Jeffrey H. Lowenthal (State Bar No. 111763)
Carlos A. Alvarez (State Bar No. 143839)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:   jlowenthal@steyerlaw.com
          calvarez@steyerlaw.com
          jcohoe@steyerlaw.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01695-WBS-JDP<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION** |

1    Plaintiffs Andy Lu and Heather Lu ("Plaintiffs") and defendant North American Title
2    Insurance Company ("Defendant"), by and through their respective attorneys of record herein,
3    stipulate as follows:
4    WHEREAS, at a status conference on January 31, 2022, Plaintiffs and Defendant agreed
5    that this case is appropriate for early alternative dispute resolution;
6    WHEREAS, on January 31, 2022, the Court issued an Order referring this matter to the
7    Court's Voluntary Dispute Resolution Program ("VDRP") and staying this matter, with the
8    exception of the voluntary production of certain documents;
9    WHEREAS, the Court set an initial deadline of April 4, 2022 for the parties to complete
10   the VDRP session and scheduled a further status conference on April 25, 2022;
11   WHEREAS, Plaintiffs and Defendant have met and conferred and agreed on having
12   mediator Sassan Masserat conduct the VDRP session, who was thereafter appointed by the Court
13   as the VDRP mediator for this matter;
14   WHEREAS, due to counsel and the mediator's schedules, the parties were unable to find
15   an available date for mediation prior to April 4, 2022, and the parties stipulated to continuing the
16   VDRP completion deadline to May 31, 2022;
17   WHEREAS, on March 15, 2022, the Court entered an Order pursuant to the parties'
18   stipulation continuing the deadline to complete the VDRP session to May 31, 2022 and
19   continuing the further status conference to June 21, 2022;
20   WHEREAS, the parties subsequently learned that the mediator's schedule will only allow
21   for a half-day mediation in the month of May;
22   WHEREAS, the parties believe this matter will have the best chance of resolution with a
23   full-day mediation and have been advised by the mediator that he has availability for a full-day
24   mediation in June or July;
25   WHEREAS, Plaintiffs and Defendant have met and conferred and agree, in light of the
26   mediator's inability to accommodate a full-day mediation until June, as follows:
27   IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to
28   complete the VDRP session should be continued from May 31, 2022 to July 29, 2022.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the further status conference should be continued from June 21, 2022 to August 29, 2022, with an updated joint status report due by August 15, 2022.[1]

IT IS HEREBY FUTHER STIPULATED AND AGREED that the stay should remain in place until the further status conference is held.

IT IS SO STIPULATED.

Dated:  May 10, 2022                    MAHAFFEY LAW GROUP

By: ___/s/_____
    Douglas L. Mahaffey
    Attorneys for Plaintiffs
    Andy Lu and Heather Lu

Dated:  May 10, 2022                    STEYER LOWENTHAL BOODROOKAS
    ALVAREZ & SMITH LLP

By: ___/s/_____
    Jeffrey H. Lowenthal
    Carlos A. Alvarez
    Jill K. Cohoe
    Attorneys for Defendant
    North American Title Insurance Company

*Proposed Order Follows*

---

[1] These dates have been cleared with the Court.

3

STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION    CASE NO. 2:21-CV-01695-WBS-JDP
1953772.1 - NATC.LU

**ORDER**

The Court, having reviewed the above stipulation of Plaintiffs and Defendant, and good cause appearing, orders the following:

1. The deadline for the parties to complete the Voluntary Dispute Resolution Program ("VDRP") session is continued from May 31, 2022 to July 29, 2022;

2. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached;

3. If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report by August 15, 2022 setting forth amended proposed deadlines and dates for this case;

4. The further scheduling conference is continued from June 21, 2022 to August 29, 2022 at 1:30 p.m.; and

5. The stay remains in place until the continued further scheduling conference is held.

IT IS SO ORDERED.

Dated: May 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE