Douglas L. Mahaffey, SBN 125980
**MAHAFFEY LAW GROUP**
**A Professional Corporation**
1048 Irvine Avenue #640
Newport Beach, California 92660
Telephone:  (949) 833-1400
Facsimile:   (949) 263-8736
Email: dougm@mahaffeylaw.com

Attorneys for Plaintiffs
ANDY LU and HEATHER LU

Mahaffey Law Group, P.C.
1048 Irvine Avenue #640
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive, <br><br> Defendants. | **CASE NO: 2:21−CV−01695−WBS−JDP** <br><br><br> **STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION AND EXTENDING STAY** |

1

**STIPULATION AND ORDER**

1    Plaintiffs Andy Lu and Heather Lu ("Plaintiffs") and defendant North American Title

2 Insurance Company ("Defendant"), by and through their respective attorneys of record herein,

3 stipulate as follows:

4    WHEREAS, at a status conference on January 31, 2022, Plaintiffs and Defendant agreed

5 that this case is appropriate for early alternative dispute resolution;

6    WHEREAS, on January 31, 2022, the Court issued an Order referring this matter to the

7 Court's Voluntary Dispute Resolution Program ("VDRP") and staying this matter, with the

8 exception of the voluntary production of certain documents;

9    WHEREAS, the Court set an initial deadline of April 4, 2022 for the parties to complete

10 the VDRP session and scheduled a further status conference on April 25, 2022;

11    WHEREAS, May 11, 2022, the Court entered an Order pursuant to the parties' stipulation

12 continuing the deadline to complete the VDRP session to July 29, 2022 and continuing the further

13 status conference to August 15, 2022;

14    WHEREAS, Sassan Masserat was appointed by the Court as the VDRP mediator for this

15 matter and the parties participated in mediation on June 17, 2022;

16    WHEREAS, the parties were unable to resolve the case at mediation, however, they have

17 entered into various agreements to facilitate ongoing settlement discussions and have also agreed

18 to conduct a second mediation session with Mr. Masserat on or before September 30, 2022 after

19 certain tasks are completed as set forth below;

20    WHEREAS, the parties have agreed to formally disclose expert witnesses solely as to the

21 issue of diminution in value of 1616 Pheasant Ln with and without the prescriptive easement

22 claimed by Mr. Bowers;

23    WHEREAS, the parties have agreed to take each other's respective experts' depositions

24 solely as to the issue of diminution in value of 1616 Pheasant Ln and to limit each expert's

25 deposition to 3 hours – the parties may elect to conduct the depositions on the same day, provided

26 all relevant schedules agree on such timing;

27    WHEREAS, Plaintiff has agreed to voluntarily produce to Defendant, the extent they were

28 not previously produced, bills/invoices for attorneys' fees as well as discovery in the *Bowers*

Mahaffey Law Group, P.C.
1048 Irvine Avenue #640
Newport Beach, CA 92660

2
**STIPULATION AND ORDER**

1  litigation;

2      WHEREAS, the parties have agreed to extend the existing stay of proceedings as to all

3  other litigation activities not specifically referenced herein;

4      WHEREAS, the parties believe this matter will have the best chance of resolution with a

5  second mediation session with Mr. Masserat after they have an opportunity to take the foregoing

6  actions.

7      IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to

8  complete the VDRP session should be continued from July 29, 2022 to September 30, 2022.

9      IT IS HEREBY FURTHER STIPULATED AND AGREED that the further status

10  conference should be continued from August 15, 2022 to October 17, 2022, with an updated joint

11  status report due by October 14, 2022.

12      IT IS HEREBY FUTHER STIPULATED AND AGREED that the stay should remain in

13  place until the further status conference is held.

14      IT IS SO STIPULATED.

15

16  Dated:  June 28, 2022                    MAHAFFEY LAW GROUP

17
                                            By:   /s/
18                                                Douglas L. Mahaffey
                                                  Attorneys for Plaintiffs
19                                                Andy Lu and Heather Lu

20

21  Dated:  June 28, 2022                    STEYER LOWENTHAL BOODROOKAS
                                              ALVAREZ & SMITH LLP
22

23
                                            By:   /s/
24                                                Jeffrey H. Lowenthal
                                                  Carlos A. Alvarez
25                                                Jill K. Cohoe
                                                  Attorneys for Defendant
26                                                North American Title Insurance Company

27  *Proposed Order Follows*

28

3
**STIPULATION AND ORDER**

Mahaffey Law Group, P.C.
1048 Irvine Avenue #640
Newport Beach, CA 92660

**ORDER**

The Court, having reviewed the above stipulation of Plaintiffs and Defendant, and good cause appearing, orders the following:

1.      The deadline for the parties to complete the Voluntary Dispute Resolution Program ("VDRP") session is continued from July 29, 2022 to September 30, 2022;

2.      No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached;

3.      If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report by **October 11, 2022** setting forth amended proposed deadlines and dates for this case;

4.      The further status conference is continued from August 29, 2022 to **October 24, 2022 at 1:30 p.m.**; and

5.      The stay remains in place until the continued further status conference is held.

IT IS SO ORDERED.

Dated:  July 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Mahaffey Law Group, P.C.
1048 Irvine Avenue #640
Newport Beach, CA 92660

4

**STIPULATION AND ORDER**