Jeffrey H. Lowenthal (State Bar No. 111763)
Carlos A. Alvarez (State Bar No. 143839)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:    (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              calvarez@steyerlaw.com
              jcohoe@steyerlaw.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01695-WBS-JDP<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION** |

Plaintiffs Andy Lu and Heather Lu ("Plaintiffs") and defendant North American Title Insurance Company ("Defendant"), by and through their respective attorneys of record herein, stipulate as follows:

WHEREAS, at a status conference on January 31, 2022, Plaintiffs and Defendant agreed that this case is appropriate for early alternative dispute resolution;

WHEREAS, on January 31, 2022, the Court issued an Order referring this matter to the Court's Voluntary Dispute Resolution Program ("VDRP") and staying this matter, with the exception of the voluntary production of certain documents;

WHEREAS, the Court set an initial deadline of April 4, 2022 for the parties to complete the VDRP session and scheduled a further status conference on April 25, 2022;

WHEREAS, on May 11, 2022, the Court entered an Order pursuant to the parties' stipulation continuing the deadline to complete the VDRP session to July 29, 2022 and continuing the further status conference to August 15, 2022;

WHEREAS, Sassan Masserat was appointed by the Court as the VDRP mediator for this matter and the parties participated in mediation on June 17, 2022;

WHEREAS, the parties were unable to resolve the case at mediation; however, progress was made at mediation and the parties entered into various agreements to facilitate ongoing settlement discussions and also agreed to conduct a second mediation session with Mr. Masserat on or before September 30, 2022 after certain tasks were completed;

WHEREAS, on July 12, 2022, the Court entered an Order pursuant to the parties' stipulation continuing the deadline to complete the VDRP session to September 30, 2022 and continuing the further status conference to October 24, 2022;

WHEREAS, at mediation the parties agreed to disclose expert witnesses solely as to the diminution in value issue and to take each other's respective expert depositions on the diminution in value issue prior to the second session of mediation;

WHEREAS, despite diligent and good faith efforts, Defendant was unable to retain a qualified local appraisal expert and, therefore, was recently required to expand the geographic scope of its search for an appraisal expert;

1  WHEREAS, due to Defendant's unanticipated delay in obtaining an appraisal expert, the parties need additional time to take the agreed-upon expert depositions and attend a second session of mediation.

IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to complete the VDRP session should be continued from September 30, 2022 to November 30, 2022.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the further status conference should be continued from October 24, 2022 to December 20, 2022, with an updated joint status report due by December 13, 2022.

IT IS HEREBY FUTHER STIPULATED AND AGREED that the stay should remain in place until the further status conference is held.

IT IS SO STIPULATED.

Dated:  September 26, 2022                MAHAFFEY LAW GROUP

By: _____
Douglas L. Mahaffey
Attorneys for Plaintiffs
Andy Lu and Heather Lu

Dated:  September 26, 2022                STEYER LOWENTHAL BOODROOKAS
                                          ALVAREZ & SMITH LLP

By: _____
Jeffrey H. Lowenthal
Carlos A. Alvarez
Jill K. Cohoe
Attorneys for Defendant
North American Title Insurance Company

*Order Follows*

# ORDER

The Court, having reviewed the above stipulation of Plaintiffs and Defendant, and good cause appearing, orders the following:

1. The deadline for the parties to complete the Voluntary Dispute Resolution Program ("VDRP") session is continued from September 30, 2022 to November 30, 2022;

2. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached;

3. If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report by **December 12, 2022** setting forth amended proposed deadlines and dates for this case;

4. The further status conference is continued from October 24, 2022 to **December 19, 2022 at 1:30 p.m**.; and

5. The stay remains in place until the continued further status conference is held.

IT IS SO ORDERED.

Dated:  September 30, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE