Jeffrey H. Lowenthal (State Bar No. 111763)
Carlos A. Alvarez (State Bar No. 143839)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:  (415) 421-3400
Facsimile:  (415) 421-2234
E-mail:  jlowenthal@steyerlaw.com
         calvarez@steyerlaw.com
         jcohoe@steyerlaw.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01695-WBS-JDP<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION** |

1   Plaintiffs Andy Lu and Heather Lu ("Plaintiffs") and defendant North American Title
2   Insurance Company ("Defendant"), by and through their respective attorneys of record herein,
3   stipulate as follows:
4   WHEREAS, at a status conference on January 31, 2022, Plaintiffs and Defendant agreed
5   that this case is appropriate for early alternative dispute resolution;
6   WHEREAS, on January 31, 2022, the Court issued an Order referring this matter to the
7   Court's Voluntary Dispute Resolution Program ("VDRP") and staying this matter, with the
8   exception of the voluntary production of certain documents;
9   WHEREAS, Sassan Masserat was appointed by the Court as the VDRP mediator for this
10  matter and the parties participated in mediation on June 17, 2022;
11  WHEREAS, the parties were unable to resolve the case at mediation; however, progress
12  was made at mediation and the parties entered into various agreements to facilitate ongoing
13  settlement discussions, including the retention of expert appraisers to conduct valuations related
14  to Plaintiffs' damage claims and to proceed with the depositions of the experts.  The parties also
15  agreed to conduct a second mediation session with Mr. Masserat on or before September 30, 2022
16  after certain tasks were completed;
17  WHEREAS, the parties needed additional time to adequately prepare for the second
18  session of mediation and the deadline to complete the mediation was extended by the Court
19  pursuant to the parties' stipulation to November 30, 2022;
20  WHEREAS, the parties and Mr. Masserat agreed to conduct a second mediation session
21  on October 27, 2022;
22  WHEREAS, the parties were subsequently informed by Mr. Masserat that he only had
23  approximately an hour and a half available for the second mediation session on October 27, 2022;
24  WHEREAS, the parties did not believe an hour and a half was enough time to complete
25  the second mediation session and contacted the Court on or about October 12, 2022 to request
26  that a new mediator be appointed through VDRP to conduct the second mediation session;
27  WHEREAS, on October 24, 2022, the Court advised that it would not appoint a second
28  mediator through VRDP;

WHEREAS, upon learning a second session of mediation could not be facilitated through VRDP, the parties met and conferred and agreed to retain and pay for a private mediator;

WHEREAS, private mediation has been scheduled for January 30, 2023 with Hon. Cecily Bond (Ret.) at JAMS in Sacramento;

IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to complete mediation (in lieu of a second VRDP session) should be continued from November 30, 2022 to February 28, 2023.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the further status conference should be continued from December 19, 2022 to March 20, 2023, or the first date available to the Court thereafter, with an updated joint status report due by March 13, 2023.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the stay should remain in place until the further status conference is held.

IT IS SO STIPULATED.

Dated:  December 5, 2022        MAHAFFEY LAW GROUP

By: __/s/_____
    Douglas L. Mahaffey
    Attorneys for Plaintiffs
    Andy Lu and Heather Lu


Dated:  December _5_, 2022      STEYER LOWENTHAL BOODROOKAS
                                 ALVAREZ & SMITH LLP

By: __/s/_____
    Jeffrey H. Lowenthal
    Carlos A. Alvarez
    Jill K. Cohoe
    Attorneys for Defendant
    North American Title Insurance Company

*Proposed Order Follows*

---

3

STIPULATION AND ORDER CONTINUING
DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION     CASE NO. 2:21-CV-01695-WBS-JDP
1990158.1 - NATC.LU

**ORDER**

The Court, having reviewed the above stipulation of Plaintiffs and Defendant, and good cause appearing, orders the following:

1. The deadline for the parties to complete mediation is continued to February 28, 2023;

2. No later than five (5) days after completion of mediation, the parties shall file a joint statement indicating whether a settlement was reached;

3. If a settlement is not reached through mediation, the parties shall submit an Amended Joint Status Report by **March 13, 2023** setting forth amended proposed deadlines and dates for this case;

4. The further status conference is continued from December 19, 2022 to **March 27, 2023**; and

5. The stay remains in place until the continued further status conference is held.

IT IS SO ORDERED.

Dated: December 5, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE