Douglas L. Mahaffey, SBN 125980
**MAHAFFEY LAW GROUP**
**A Professional Corporation**
1048 Irvine Avenue #640
Newport Beach, California 92660
Telephone:  (949) 833-1400
Facsimile:   (949) 263-8736
Email: dougm@mahaffeylaw.com

Attorneys for Plaintiffs
ANDY LU and HEATHER LU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDY LU, an individual; and HEATHER LU, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, a South Carolina Corporation; and Does 1 TO 50, inclusive,<br><br>Defendants. | **CASE NO: 2:21−CV−01695−WBS−JDP**<br><br>**JOINT STATUS REPORT**<br><br>Date: March 27, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5 |

1
**JOINT STATUS REPORT**

Plaintiffs ANDY LU and HEATHER LU (collectively, "Plaintiffs") and Defendant NORTH AMERICAN TITLE INSURANCE COMPANY ("NATIC"), by and through their respective counsel of record provide the following Joint Status Report pursuant to Dkt. 20, the Court's Order re Status (Pretrial Scheduling) Conference dated December 6, 2022:

The parties are pleased to report that, thanks to the efforts of Judge Cecily Bond (Ret.) at mediation on January 30, 2023, this matter has settled in all respects. The parties have executed a written settlement agreement and anticipate filing a request for dismissal during the week of April 3, 2023.

Accordingly, the parties request that the Court continue the Status Conference scheduled for March 27, 2023 to April 24, 2023 in the unlikely event that dismissal is not entered by that time.

Respectfully submitted,

Dated: March 21, 2023

    **MAHAFFEY LAW GROUP, P.C.**

    By: */s/ Douglas L. Mahaffey*
    DOUGLAS L. MAHAFFEY
    Attorneys for Plaintiffs
    ANDY LU and HEATHER LU

Dated: March 21, 2023

    **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**

    By: */s/ Carlos Alvarez*
    CARLOS ALVAREZ
    Attorneys for Defendant
    NORTH AMERICAN TITLE
    INSURANCE COMPANY

IT IS SO ORDERED:  The Scheduling Conference set for March 27, 2023 is continued to **April 24, 2023 at 1:30 p.m.**   A joint status report shall be filed no later than **April 10, 2023** if a stipulated dismissal of this action has not been filed by that date.

Dated:  March 20, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE